■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH ROSS, Appellant.—Appeals by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Pincus, J.), imposed April 5, 1991, under Indictment No. 10513/87, and a sentence of the same court (Patterson, J.), imposed May 28, 1991, under Indictment No. 9556/88.

Ordered that the sentences are affirmed *(see, People v Kazepis,* 101 AD2d 816). Mangano, P. J., Harwood, Lawrence, Copertino and Santucci, JJ., concur.